IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JO ANN GOLDEN and VICTORIA UPSHAW,

    Plaintiffs,

vs.              Case No. 07-1151-JTM

WESTAR ENERGY, INC.,

    Defendant.

MEMORANDUM AND ORDER

  The present matter arises from an employment discrimination case brought by plaintiffs, Jo Ann Golden and Victoria Upshaw, against their employer, Westar Energy, Inc. On June 5, 2007, defendant filed a motion for partial dismissal of plaintiffs' claims (Dkt. No. 5), requesting a dismissal of plaintiffs' claims under Title VII, 42 U.S.C. § 2000e *et seq.*, and the Kansas Act Against Discrimination ("KAAD"), K.S.A. § 44-1001 *et seq*. Following the filing, the plaintiffs failed to respond.

  Under D. Kan. Rule 7.4, if a respondent fails to file a response within the time required by Rule 6.1(d), the motion will be considered and decided as an uncontested motion, and ordinarily will be granted without further notice. For this reason and for good cause shown, the court grants defendant's motion for partial dismissal.

IT IS ACCORDINGLY ORDERED this 31st day of July, 2007, that defendant's motion for partial dismissal, dismissing plaintiffs' claims under Title VII and the KAAD (Dkt. No. 5), is granted.

                                  s/ J. Thomas Marten
                                  J. THOMAS MARTEN, JUDGE